# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Smith, George C. | 2. Court or Organization  United States District Court, Southern District of Ohio | 3. Date of Report  04/18/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Senior Status | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2017  to  12/31/2017 |

**7. Chambers or Office Address**

Honorable George C. Smith
United States District Court
85 Marconi Boulevard, Room 101
Columbus, OH 43215

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Pension, Public Employees Retirement System | $90,963.98 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fifth Third Bank, Columbus, OH | A | Interest | K | T | | | | | |
| 2. Reassure America Life Ins. Co. Ft. Wayne, IN | A | Dividend | K | T | | | | | |
| 3. East Liberty Quarry & Farm, East Liberty, OH | D | Rent | M | W | | | | | |
| 4. Merrill Lynch Trust- American Balanced Fund | A | Interest | K | T | | | | | |
| 5. Huntington National Bank | A | Interest | J | T | | | | | |
| 6. New England Fin. Met Life Co. Var. Flex Life Cash Value | C | Dividend | K | T | | | | | |
| 7. Ohio State Higher Ed., Common Rev. Hosp. | A | Interest | | | Redeemed | 01/17/17 | J | A | |
| 8. Sidney, Ohio Var. Purp. GO Bonds | A | Interest | K | T | | | | | |
| 9. Allen Co. Hospital Facility | A | Interest | J | T | | | | | |
| 10. Butler County OH Hosp. Fac. | A | Interest | K | T | | | | | |
| 11. N Ridgeville City Schools | A | Interest | J | T | | | | | |
| 12. Montgomery Co. OH Trans. Bonds, Austin Rd. Interchange | A | Interest | J | T | | | | | |
| 13. State of Ohio Hospital Revenue Bond (Univ. Hospitals Health Sys. Inc. | A | Int./Div. | | | Redeemed | 01/17/17 | J | A | |
| 14. Franklin Cnty OH Rev Trinity Hlth CR GRP | A | Int./Div. | | | Buy | 01/24/17 | J | | |
| 15. Franklin Cnty OH Rev Trinity Hlth CR GRP | A | Int./Div. | | | Sold | 06/06/17 | J | A | |
| 16. Lucas Cnty OH Hosp Rev Promedica HC | A | Int./Div. | | | Buy | 01/24/17 | J | | |
| 17. Lucas Cnty OH Hosp Rev Promedica HC | A | Int./Div. | | | Sold | 06/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Allergan PLC | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 19. Alphabet Inc. Non Voting Cap Stk CL C | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 20. Apple Inc. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 21. Berkshire Hathaway Inc. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 22. CVS Health Corporation | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 23. Cisco Systems Inc. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 24. Disney Walt Company | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 25. Expeditors Intl Wash Inc | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 26. Exxon Mobile Corp | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 27. Fastenal Co | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 28. General Electric Company | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 29. Harley Davidson Inc. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 30. Home Depot Inc. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 31. International Business Machine Corp. | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 32. Johnson & Johnson | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 33. Johnson & Johnson | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 34. Microsoft Corp | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Corp | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 36. JPMorgan Chase & Co | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 37. Northern Trust Corp | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 38. O'Reilly Automotive Inc | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 39. Omnicom Group | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 40. Omnicom Group | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 41. Pfizer Incorporated | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 42. Pfizer Incorporated | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 43. Progressive Corp Ohio | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 44. TJX Cos Inc New | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 45. TE Connectivity Ltd | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 46. TE Connectivity Ltd | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 47. Union Pacific Corp | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 48. Union Pacific Corp | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 49. US Bancorp New | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 50. US Bancorp New | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 51. Vanguard Intl Equity Etf Index FDS Ftse Emerging Mkts Etf | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Intl Equity Etf Index FDS Ftse Emerging Mkts Etf | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 53. Vanguard Reit Etf | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 54. Vanguard Small Cap Etf | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 55. Vanguard FTSE Etf Developed Markets Etf | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 56. Vanguard FTSE Etf Developed Markets Etf | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 57. Wells Fargo & Co New | A | Int./Div. | J | T | Buy | 12/18/17 | J | | |
| 58. Wells Fargo & Co New | A | Int./Div. | J | T | Sold (part) | 12/20/17 | J | A | |
| 59. Ishares Core S&P Small-Cap Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 60. Ishares MSCI EAFE Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 61. Ishares IBOXX $ Invt Grade Corporate Bond Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 62. Ishares US Credit Bond Etf De | A | Int./Div. | K | T | Buy | 10/12/17 | K | | |
| 63. Ishares JP Morgan USD Emerging Markets Bond Etf | A | Int./Div. | K | T | Buy | 10/12/17 | K | | |
| 64. Ishares US Treasury Bond Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | K | | |
| 65. Ishares US Treasury Bond Etf De | A | Int./Div. | J | T | Sold (part) | 12/19/17 | J | A | |
| 66. Ishares Core MSCI EAFE Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 67. PIMCO Enhanced Short Mat Active Exchange-Traded FD De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 68. SPDR Bloomberg Barclays High Yield Bond Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Value Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 70. Vanguard Mid-Cap Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 71. Vanguard Growth Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 72. Vanguard Total World Stk Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 73. Vaneck Vectors JP Morgan EM Local Currency Bond Etf De | A | Int./Div. | J | T | Buy | 10/12/17 | J | | |
| 74. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, George C. | 04/18/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George C. Smith**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544